UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN SILVANO RAMOS DE LA ROSA,

       Petitioner,

-v-

DEPARTMENT OF HOMELAND SECURITY,

       Respondent.

CIVIL CASE NO.: 20 Civ. 10038 (LGS) (SLC)

**ORDER**

**SARAH L. CAVE, United States Magistrate Judge:**

  Pursuant to the Court's order at ECF No. 5, Plaintiff was directed to serve the Order to Answer on Defendants by December 15, 2020.

  To date, no proof of service has been filed on the docket. Plaintiff is hereby ORDERED to serve the Order to Answer on Defendants and file proof of service by **December 30, 2020**.

Dated:  New York, New York
     December 21, 2020    SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge