UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN SILVANO RAMOS DE LA ROSA,<br><br>Petitioner,<br><br>-v-<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>Respondent. | CIVIL CASE NO.: 20 Civ. 10038 (LGS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE, United States Magistrate Judge:**

On March 22, 2021, Defendant the Department of Homeland Security filed a motion to dismiss the Petition. (ECF Nos. 9–11). Pursuant to local rule 6.1(b), any opposition was to be filed within 14 days, or Monday, March 8, 2021.

To date, no opposition has been filed on the docket. Plaintiff is hereby ORDERED to respond to the motion to dismiss by **March 19, 2021** or the motion will be construed as unopposed.

Dated:  New York, New York
        March 11, 2021            SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge