```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JONATHAN SILVANO RAMOS DE LA ROSA,                          :
                                    Petitioner,             :
                                                            :          20 Civ. 10038 (LGS)
                   -against-                                :
                                                            :                ORDER
DEPARTMENT OF HOMELAND SECURITY,                            :
                                    Respondent.             :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 1, 2020, Petitioner filed a petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition").

WHEREAS, on December 3, 2020, this matter was referred to Magistrate Judge Sarah L. Cave the purpose of habeas corpus.

WHEREAS, on April 30, 2021, Judge Cave issued a Report and Recommendation (the "Report"), recommending that the Petition be dismissed for failure to state a claim.

WHEREAS, as stated in Judge Cave's Report, the deadline for any objections was fourteen days from service of the Report.

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a Magistrate Judge's report and recommendation, a District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) Advisory Committee Notes; *accord U.S. Sec. and Exch. Comm'n v. Skelley*, No. 18 Civ. 8803, 2021 WL 1164594, at *1 (S.D.N.Y. Mar. 26, 2021).

WHEREAS, the Court finds no clear error on the face of the record as to the recommendation of dismissal. It is hereby

ORDERED that the Report is ADOPTED. The Petition is dismissed.

The Clerk of Court is respectfully directed to close the case.

Dated: May 18, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE