**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JONATHAN SILVANO RAMOS DE LA ROSA,

                      Petitioner,              20 **CIVIL** 10038 (LGS)

      -against-                      **JUDGMENT**

DEPARTMENT OF HOMELAND SECURITY,

               Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 18, 2021, the report is adopted; The petition is dismissed, and the case is closed.

**DATED:** New York, New York
           May 19, 2021

                                               **RUBY J. KRAJICK**
                                               _____
                                                     **Clerk of Court**
                             **BY:**
                                                        **Deputy Clerk**